IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANNY LIU, | No. C 08-4367 WHA (PR) |
| Petitioner, | **ORDER ON PENDING MOTIONS** |
| vs. | |
| BEN CURRY, | (Docket Nos. 8, 10, 11, 14, 16, 17) |
| Respondent. | |

     This pro se habeas action was dismissed without prejudice on December 11, 2008.  In light of the dismissal of this matter, petitioner's motions to proceed in forma pauperis ("IFP"), to stay this matter, and for an extension of time are **DENIED** as moot.

     Petitioner has also filed a letter with the court in which he inquires as to what he must do to proceed with his petition.  The dismissal of this case was "without prejudice," which means that petitioner may re-file his habeas petition in a new case in this court.  To open a new case, he must send the petition to the clerk's office, state that he wants it to be filed in a new case, and either pay the filing fee or file a completed IFP application.  He should not put the case number for this case on the new petition.  Instead, he should leave the case number in the caption of the petition blank, and indicate that he wants the petition filed in a new case.  The clerk will open a new case, assign a new case number, file the petition in the new case, and notify petitioner of his new case number.  Petitioner will also be required to submit payment of

the filing fee or a completed IFP application when the new habeas case is opened.

This order terminates docket numbers 8, 10, 11, 14, 16, 17.

**IT IS SO ORDERED.**

Dated:  September 15, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.08\LIU4367.MOT.wpd

United States District Court
For the Northern District of California

2